# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHASSIDY J'TEL JEFFERSON

VERSUS

BOARD OF SUPERVISORS OF
SOUTHERN UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE; DOMOINE D.
RUTLEDGE; AND SANDRA C.
BROWN

NO.  2023 CW 0753

OCTOBER 16, 2023

---

In Re:  Board of Supervisors of Southern University Agricultural & Mechanical College, Domoine D. Rutledge, and Sandra C. Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693,999.

---

BEFORE:  HOLDRIDGE, CHUTZ, AND LANIER, JJ.

WRIT DENIED.

WRC
WIL

Holdridge, J., dissents.  I find the district court erred in not granting the peremptory exception raising the objection of res judicata.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT